# Exhibit A



| Home |                    **33000 Restaurants in 91 Countries**



🚗 Drive-thru  🍳 Serves Breakfast

**SUBWAY Restaurant Locations in your area:**                    Click Here to Search Again

| Street Address | Phone | | Store Info |
|---|---|---|---|
| **1731 G St**<br>Ste A<br>Arcata CA 95521 | 707-822-0155 | 🍳 | ▪ Hours of Operation |
| **5000 Valley West Blvd**<br>#2 Valley West Shopping Center<br>Arcata CA 95521 | 707-825-1135 | 🍳 | ▪ Hours of Operation |
| **1651 Myrtle Ave**<br>Eureka CA 95501 | 707-443-0448 | 🍳 | ▪ Hours of Operation |
| **1906 4th St**<br>Eureka CA 95501 | 707-441-1868 | 🍳 🚗 | ▪ Hours of Operation |
| **1111 Myrtle Ave**<br>Ste 4<br>Eureka CA 95501 | 707-476-8954 | 🍳 | ▪ Hours of Operation |
| **1565 City Center Rd**<br>McKinleyville CA 95519 | 707-840-9811 | 🍳 🚗 | ▪ Hours of Operation |
| **800 West Harris St**<br>Base 3<br>Eureka CA 95503 | 707-269-0788 | 🍳 | ▪ Hours of Operation |

Click Here to Search Again

**Store Locator**



*At Participating Restaurants Only.

INTERNATIONAL WEB SITES
Select An Area
SUBWAY® Around the World



ENTER FOR A CHANCE TO WIN $5000



Get Your SUBWAY®
Card Today!



eat fresh. live green

Learn More Here...



NEW National Geographic
Kids Reusable Meal Bags



American Heart Association
Learn and Live.

**HEART WALK**
The SUBWAY® Brand is a national sponsor of the American Heart Association's Start! Heart Walk. Learn More Here...



# ASK US!
## Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on twitter | Find us on facebook

Official SUBWAY Restaurant Locator Results                                    Page 1 of 2



| Franchise Opportunities | Menu / Nutrition | Careers | About Us | Around the World | Restaurant Locator | SubStore |

| Home |                    33000 Restaurants In 91  Countries

**Store Locator**



*At Participating Restaurants Only.





World Wide Restaurant Locator

🚗 Drive-thru  🍳 Serves Breakfast

**SUBWAY Restaurant Locations In your area:**                    Click Here to Search Again

| Street Address | Phone | Store Info |
|---|---|---|
| 278 Winslow Way E<br>Suite 206<br>Bainbridge Island WA 98110 | 206-780-5354 | ▪ Store Web Page<br>▪ Hours of Operation<br>▪ Order Online |
| 1554 NE Fairgrounds Rd<br>Fairgrounds Plaza Texaco<br>Bremerton WA 98311 | 360-307-0323 | ▪ Hours of Operation |
| 5050 State Hwy 303 NE<br>Ste 111<br>Bremerton WA 98310 | 360-377-6605 | ▪ Hours of Operation |
| 1600 Woods Rd SE<br>Shell Gas C-Store<br>Port Orchard WA 98366 | 360-769-7135 | ▪ Hours of Operation |
| 1100 Wheaton Way<br>Ste D<br>Bremerton WA 98310 | 360-479-1100 | ▪ Store Web Page<br>▪ Hours of Operation |
| 3320 W McGraw<br>Seattle WA 98199 | 206-285-6907 | ▪ Store Web Page<br>▪ Hours of Operation |

Click Here to Search Again



Get Your SUBWAY® Card Today!



eat fresh.

Learn More Here...



NEW National Geographic Kids Reusable Meal Bags



American Heart Association
Learn and Live.

HEART WALK.

The SUBWAY® Brand is a national sponsor of the American Heart Association's Start! Heart Walk. Learn More Here...

## ASK US!

### Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on twitter | Find us on facebook

Official SUBWAY Restaurant Locator Results                                    Page 1 of 2





**Store Locator**





| Home |        33000 Restaurants In 91 Countries

🍴 Drive-thru  ☕ Serves Breakfast

SUBWAY Restaurant Locations In your area:        Click Here to Search Again

| Street Address | Phone | | Store Info |
| --- | --- | --- | --- |
| 397 Metacom Ave<br>Bristol RI 02809 | 401-254-0180 | 🍴 | ■ Store Web Page<br>■ Hours of Operation |
| 509-511 Main St<br>Warren RI 02885 | 401-245-5625 | 🍴 | ■ Store Web Page<br>■ Hours of Operation<br>■ Order Online |
| 499 Globe St<br>Subway/Dunkin Donuts<br>Fall River MA 02724 | 508-672-1388 | | ■ Store Web Page<br>■ Hours of Operation |
| 26 Market St<br>Swansea MA 02777 | 508-379-0819 | 🍴 | ■ Hours of Operation |
| 356 Mariano Bishop Blvd<br>Fall River MA 02721 | 508-675-5559 | 🍴 | ■ Store Web Page<br>■ Hours of Operation |
| 79 Swansea Mall Dr<br>Swansea MA 02777 | 508-673-9331 | 🍴 | ■ Hours of Operation |

Click Here to Search Again



*At Participating Restaurants Only.



Get Your SUBWAY®
Card Today!



Learn More Here...



NEW National Geographic
Kids Reusable Meal Bags



The SUBWAY® Brand is a
national sponsor of the
American Heart Association's
Start! Heart Walk. Learn More
Here...

# ASK US!
### Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on twitter | Find us on facebook

Official SUBWAY Restaurant Locator Results                                    Page 1 of 2



| Franchise Opportunities | Menu / Nutrition | Careers | About Us | Around the World | Restaurant Locator | SubStore |

| Home |            33000 Restaurants In 91 Countries

**Store Locator**





World Wide Restaurant Locator

*At Participating Restaurants Only.

INTERNATIONAL WEB SITES
Select An Area
SUBWAY® Around the World

🚗 Drive-thru  🍳 Serves Breakfast

**SUBWAY Restaurant Locations in your area:**

Click Here to Search Again

| Street Address | Phone | | Store Info |
|---|---|---|---|
| 26135 Carmel Rancho Blvd Carmel CA 93923 | 831-625-4087 | 🍳 | ■ Store Web Page ■ Hours of Operation |
| 640 Del Monte Center Building 6, Space 16 Monterey CA 93940 | 831-659-1720 | 🍳 | ■ Store Web Page ■ Hours of Operation |
| 2440 Fremont Street Ste 201 Monterey CA 93940 | 831-375-6060 | 🍳 | ■ Hours of Operation |
| 195 W Franklin St Monterey CA 93940-2707 | 831-655-2613 | 🍳 | ■ Store Web Page ■ Hours of Operation |
| 1534 Fremont Blvd Ste D Seaside CA 93955-4331 | 831-899-0103 | 🍳 | ■ Hours of Operation |
| 2100 California St The Corner C-Store Sand City CA 93955 | 831-899-9747 | 🍳 | ■ Hours of Operation |

Click Here to Search Again



ENTER FOR A CHANCE TO WIN $5000



Get Your SUBWAY® Card Today!



eat fresh.

Learn More Here...



NEW National Geographic Kids Reusable Meal Bags



American Heart Association
Learn and Live.

HEART WALK.
The SUBWAY® Brand is a national sponsor of the American Heart Association's Start! Heart Walk. Learn More Here...

# ASK US!
## Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on twitter | Find us on facebook

Official SUBWAY Restaurant Locator Results                                    Page 1 of 2



| Home |                    33000 Restaurants in 91 Countries

Store Locator



*At Participating Restaurants Only.


World Wide Restaurant Locator

INTERNATIONAL WEB SITES
Select An Area
SUBWAY® Around the World





Get Your SUBWAY® Card Today!



Learn More Here...



NEW National Geographic Kids Reusable Meal Bags


American Heart Association
*Learn and Live.*

**HEART WALK.**
The SUBWAY® Brand is a national sponsor of the American Heart Association's Start! Heart Walk. Learn More Here...

Drive-thru    Serves Breakfast

**SUBWAY Restaurant Locations in your area:**                    Click Here to Search Again

| Street Address | Phone | | Store Info |
|---|---|---|---|
| 1330 Orange Ave Suite 170 Coronado CA 92118-2949 | 619-435-8272 | | ■ Store Web Page ■ Hours of Operation |
| Military Bldg #330 Naval Amphibious Base Coronado CA 92155 | 619-522-7469 | | ■ Hours of Operation |
| Military Naval Exchange Bldg 2017 North Island NAS Coronado CA 92152 | 619-522-6981 | | ■ Hours of Operation |
| Military Bldg A 3705 Norman Scott Rd. 32nd St. Navy Base #3631 Pacif San Diego CA 92136 | 619-450-6396 | | ■ Hours of Operation |
| 611A K St San Diego CA 92101 | 619-525-0022 | | ■ Hours of Operation |
| 2850 National Ave B-103 San Diego CA 92113 | 619-239-1000 | | ■ Hours of Operation |
| Military Naval Outline Landing Field Building 36 Imperial Beach San Diego CA 92136 | 619-424-9139 | | ■ Store Web Page ■ Hours of Operation |
| Military Fleet Exchange Bldg 3301 Naval Station San Diego CA 92136 | 619-544-9342 | | ■ Hours of Operation |

Click Here to Search Again

# ASK US!
## Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Official SUBWAY Restaurant Locator Results                                      Page 1 of 2



| Franchise Opportunities | Menu / Nutrition | Careers | About Us | Around the World | Restaurant Locator | SubStore |

| Home |     33000 Restaurants In 91 Countries

**Store Locator**


*At Participating Restaurants Only.






Get Your SUBWAY®
Card Today!


Learn More Here...


NEW National Geographic
Kids Reusable Meal Bags


**HEART WALK.**
The SUBWAY® Brand is a
national sponsor of the
American Heart Association's
Start! Heart Walk. Learn More
Here...



🔲 Drive-thru 🍳 Serves Breakfast

SUBWAY Restaurant Locations in your area:                    Click Here to Search Again

| Street Address | Phone | | Store Info |
|---|---|---|---|
| **190 Country Club Gate**<br>Pacific Grove CA 93950-5022 | 831-655-2134 | 🔲 | ▪ Store Web Page<br>▪ Hours of Operation |
| **791 Foam St**<br>Ste 300<br>Monterey CA 93940 | 831-655-1141 | 🔲 | ▪ Store Web Page<br>▪ Hours of Operation |
| **195 W Franklin St**<br>Monterey CA 93940-2707 | 831-655-2613 | 🍳 | ▪ Store Web Page<br>▪ Hours of Operation |
| **640 Del Monte Center**<br>Building 6, Space 16<br>Monterey CA 93940 | 831-655-1720 | 🔲 | ▪ Store Web Page<br>▪ Hours of Operation |
| **2440 Fremont Street**<br>Ste 201<br>Monterey CA 93940 | 831-375-6060 | 🍳 | ▪ Hours of Operation |
| **1534 Fremont Blvd**<br>Ste D<br>Seaside CA 93955-4331 | 831-899-0103 | 🔲 | ▪ Hours of Operation |

Click Here to Search Again

## ASK US!
### Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on twitter    | Find us on facebook

Official SUBWAY Restaurant Locator Results                                  Page 1 of 4




Store Locator


*At Participating Restaurants Only.


INTERNATIONAL WEB SITES
Select An Area
SUBWAY® Around the World


ENTER FOR A CHANCE TO WIN $5000


Get Your SUBWAY® Card Today!


eat fresh.
Learn More Here...


NEW National Geographic Kids Reusable Meal Bags


American Heart Association
Learn and Live.
HEART WALK.
The SUBWAY® Brand is a national sponsor of the American Heart Association's Start! Heart Walk. Learn More Here...



🚗 **Drive-thru**  🍳 **Serves Breakfast**

**SUBWAY Restaurant Locations in your area:**                    Click Here to Search Again

| Street Address | Phone | | Store Info |
|---|---|---|---|
| **1500 Fillmore St**<br>San Francisco CA 94115 | 415-771-5583 | | ▪ Hours of Operation |
| **5650 Geary Blvd**<br>San Francisco CA 94121 | 415-386-8223 | | ▪ Hours of Operation |
| **101 Spear St**<br>A3 One Rincon Center<br>San Francisco CA 94105 | 415-543-1505 | | ▪ Store Web Page |
| **5 Embarcadero Center**<br>Hyatt Regency San Francisco<br>San Francisco CA 94111 | 415-986-4622 | | ▪ Store Web Page<br>▪ Hours of Operation |
| **1250 Market St**<br>San Francisco CA 94102 | 415-621-1249 | | ▪ Store Web Page<br>▪ Hours of Operation |
| **1199 Sutter St**<br>San Francisco CA 94109 | 415-346-6756 | | ▪ Hours of Operation |
| **3801 3rd St**<br>Ste 310<br>San Francisco CA 94124 | 415-826-0123 | | ▪ Store Web Page<br>▪ Hours of Operation |
| **2675 Geary Blvd**<br>203A-1<br>San Francisco CA 94118 | 415-567-7823 | | ▪ Hours of Operation |
| **2375 Market St**<br>San Francisco CA 94114 | 415-861-5006 | | ▪ Store Web Page<br>▪ Hours of Operation |
| **2001 Van Ness Ave**<br>Ste B<br>San Francisco CA 94109 | 415-440-7827 | | ▪ Hours of Operation |
| **2698 Mason St**<br>San Francisco CA 94133 | 415-956-1508 | | ▪ Hours of Operation |
| **425 Bush St**<br>San Francisco CA 94108 | 415-421-2000 | | ▪ Hours of Operation |

Official SUBWAY Restaurant Locator Results

| Address | Phone | | |
|---|---|---|---|
| 2516 Noriega St<br>San Francisco CA 94122 | 415-759-1074 | | ▪ Hours of Operation |
| 125 Ellis St<br>San Francisco CA 94102 | 415-398-7827 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 753 Polk St<br>San Francisco CA 94109 | 415-928-1055 | | ▪ Hours of Operation |
| 500 Parnassus Ave<br>J-Level, Plaza Area Guy S Mill<br>San Francisco CA 94143 | 415-661-0199 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 200 Pine St<br>San Francisco CA 94104 | 415-362-7790 | | ▪ Hours of Operation |
| 50 Fremont St<br>San Francisco CA 94105 | 415-778-6388 | | ▪ Hours of Operation |
| 30 2nd St<br>San Francisco CA 94105 | 415-348-1709 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 99 Drumm St<br>San Francisco CA 94111 | 415-986-5510 | | ▪ Hours of Operation |
| 940 Market St<br>San Francisco CA 94102 | 415-395-9588 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 483 Sacramento St<br>San Francisco CA 94111 | 415-399-9942 | | ▪ Hours of Operation |
| 701 Sutter St<br>1st Floor<br>San Francisco CA 94109 | 415-345-1300 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 388 Market St<br>Ste 102<br>San Francisco CA 94111 | 415-391-2824 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 653 Kearny St<br>San Francisco CA 94111 | 415-693-0333 | | ▪ Store Web Page |
| 400 Montgomery Street<br>San Francisco CA 94111 | 415-391-1123 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 168 2nd St<br>San Francisco CA 94105 | 415-348-8500 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 163 Main St<br>San Francisco CA 94105 | 415-896-0194 | | ▪ Store Web Page<br>▪ Hours of Operation<br>▪ Order Online |
| 700 4Th St | 415-495-6341 | | ▪ Store Web Page |

Official SUBWAY Restaurant Locator Results

| Address | Phone | | Links |
|---|---|---|---|
| #111 San Francisco Caltrain St<br>San Francisco CA 94107 | | | ▪ Hours of Operation |
| 3911 Alemany Blvd<br>Suite 1004<br>San Francisco CA 94132 | 650-757-6100 | | ▪ Hours of Operation |
| 2599 San Bruno Ave<br>San Francisco CA 94134 | 415-657-9898 | | |
| 750 Font Blvd<br>Village at Centennial Square S<br>San Francisco CA 94132 | 415-405-3499 | | ▪ Store Web Page<br>▪ Hours of Operation |
| Terminal 3, Mezzanine Level<br>Space T3.2.012B San Francisco<br>San Francisco CA 94128 | 650-821-1040 | | ▪ Store Web Page<br>▪ Hours of Operation |
| Terminal 3<br>Space T3.3.020B San Francisco<br>San Francisco CA 94128 | 650-821-8094 | | ▪ Store Web Page |
| 795 Folsom St<br>San Francisco CA 94107 | 415-777-3657 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 11 Third Street<br>San Francisco CA 94103 | 415-348-1713 | | ▪ Hours of Operation |
| 1099 Mission Street<br>Hotel Isabel/Subway<br>San Francisco CA 94103 | 415-241-9033 | | ▪ Hours of Operation |
| 550F Gene Friend Way<br>University of California<br>San Francisco CA 94101 | 415-865-0423 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 333 Jefferson St<br>Space 125<br>San Francisco CA 94133 | 415-346-9100 | | ▪ Hours of Operation |
| 376 Larkin St.<br>UC Hastings School of Law<br>San Francisco CA 94102 | 415-241-9022 | | ▪ Hours of Operation |
| Opening Soon!<br>77 Van Ness Ave<br>Suite 100<br>San Francisco CA 94102 | | | |
| 4841 Mission Street<br>San Francisco CA 94110 | 415-585-1055 | | ▪ Store Web Page<br>▪ Hours of Operation |
| 804 Bryant Street<br>San Francisco CA 94103 | 415-864-6557 | | ▪ Hours of Operation |

Official SUBWAY Restaurant Locator Results                                    Page 4 of 4

| | | | |
|---|---|---|---|
| **979 Broadway Ave**<br>**Millbrae CA 94030** | 650-652-9315 | | ■ Hours of Operation |
| **2001 Junipero Serra Blvd**<br>**Ste 180 Pacific Plaza**<br>**Daly City CA 94014** | 650-997-4899 | | ■ Store Web Page<br>■ Hours of Operation |
| **177 Southgate Ave**<br>**Daly City CA 94015** | 650-758-5880 | | ■ Store Web Page<br>■ Hours of Operation |
| **1857 El Camino Real**<br>**Burlingame Plaza**<br>**Burlingame CA 94010** | 650-652-3455 | | ■ Hours of Operation |
| **150 Old County Rd**<br>**Brisbane CA 94005** | 415-467-1442 | | ■ Hours of Operation |

Click Here to Search Again

# ASK US!
## Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on twitter | Find us on facebook

General comments and questions should be submitted using the ASK US link above.
Please send technical questions or comments about this web site to the SUBWAY Web Team.
SUBWAY is a registered trademark of Doctor's Associates Inc.
2010 Doctor's Associates Inc. All rights reserved.

FWH Privacy Policy | Legal Information | Privacy Policy

Official SUBWAY Restaurant Locator Results



| Home |     33000 Restaurants In 91 Countries

Store Locator







🎦 Drive-thru 🍴 Serves Breakfast

**SUBWAY Restaurant Locations In your area:**

Click Here to Search Again



| Street Address | Phone | | Store Info |
|---|---|---|---|
| **1641 Mission Dr**<br>Solvang CA 93463 | 805-688-7650 | 🍴 | ▪ Hours of Operation |
| **270 East Highway 246**<br>Unit 103<br>Buellton CA 93427 | 805-688-1406 | 🍴 | ▪ Hours of Operation |
| **6831 Hollister Ave**<br>Ste J<br>Isla Vista CA 93117 | 805-968-1964 | 🍴 | ▪ Store Web Page<br>▪ Hours of Operation |
| **616 E Ocean Ave**<br>Lompoc CA 93436 | 805-735-4797 | 🍴 | ▪ Hours of Operation |
| **1133 North H St**<br>Ste C<br>Lompoc CA 93436 | 805-735-6388 | 🍴 | ▪ Store Web Page<br>▪ Hours of Operation |
| **888 Embarcadero Del Norte**<br>Ste B<br>Isla Vista CA 93117 | 805-685-8600 | 🍴 | ▪ Store Web Page<br>▪ Hours of Operation |

Click Here to Search Again



Get Your SUBWAY®
Card Today!



eat fresh.
live green

Learn More Here...



NEW National Geographic
Kids Reusable Meal Bags



American Heart
Association
Learn and Live.

**HEART WALK.**
The SUBWAY® Brand is a
national sponsor of the
American Heart Association's
Start! Heart Walk. Learn More
Here...

# ASK US!

## Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on *twitter*  |  Find us on facebook

Driving Directions from Ogunquit, Maine to Wells, Maine



 Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.

 **Starting Location**          **B** **Ending Location**

**Ogunquit, ME**                 **Wells, ME**

Total Travel Estimate: **11 minutes**  /  **5.22 miles**     Fuel Cost: Calculate



 **Ogunquit, ME**  Edit

    1.  Start out going **SOUTHWEST** on **BEACH ST** toward US-1/BLUE STAR MEMORIAL HWY/MAIN ST.     0.0 mi

    2.  Turn **RIGHT** onto **MAIN ST/US-1/BLUE STAR MEMORIAL HWY.** Continue to follow **US-1/BLUE**     5.2 mi



| Franchise Opportunities | Menu / Nutrition | Careers | About Us | Around the World | Restaurant Locator | SubStore |

| Home |          33000 Restaurants in 91 Countries

**Store Locator**



*At Participating Restaurants Only.

INTERNATIONAL WEB SITES
Select An Area
SUBWAY® Around the World



Get Your SUBWAY®
Card Today!



eat fresh.

Learn More Here...



NEW National Geographic
Kids Reusable Meal Bags



American Heart
Association
Learn and Live®

**HEART WALK.**

The SUBWAY® Brand is a
national sponsor of the
American Heart Association's
Start! Heart Walk. Learn More
Here...



World Wide
Restaurant Locator

🚗 Drive-thru  🍴 Serves Breakfast

**SUBWAY Restaurant Locations in your area:**                        Click Here to Search Again

| Street Address | Phone | | Store Info |
|---|---|---|---|
| **952 Post Rd**<br>Unit 2 Wells Plaza West<br>Wells ME 04090-4142 | 207-646-1336 | 🍴 | ▪ Store Web Page<br>▪ Hours of Operation |
| **45 Portland Rd**<br>Kennebunk ME 04043 | 207-985-4700 | 🍴 | ▪ Store Web Page<br>▪ Hours of Operation |
| **1364 Main St**<br>Sanford ME 04073-3634 | 207-490-1441 | 🍴 | ▪ Store Web Page<br>▪ Hours of Operation |
| **10 Sullivan St**<br>Berwick ME 03901 | 207-698-9906 | 🍴 | ▪ Hours of Operation |
| **514 Main St**<br>Springvale ME 04083 | 207-490-6606 | 🍴 | ▪ Hours of Operation |
| **513 Alfred St**<br>Circle K/Mac's<br>Biddeford ME 04005 | 207-284-6942 | 🍴 | ▪ Hours of Operation |

Click Here to Search Again

# ASK US!

## Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on *twitter* | Find us on facebook

Driving Directions from Cannon Beach, Oregon to Seaside, Oregon   Page 1 of 2



 Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.

**A** **Starting Location**

## Cannon Beach, OR

**B** **Ending Location**

## Seaside, OR

Total Travel Estimate: **13 minutes** / **8.77 miles**     Fuel Cost: Calculate



 **Cannon Beach, OR**  Edit

| | | | |
|---|---|---|---|
|  | 1. | Start out going **WEST** on **E JACKSON ST** toward **S HEMLOCK ST**. | 0.1 mi |
| ↰ | 2. | Turn **LEFT** onto **S HEMLOCK ST**. | 0.2 mi |

Official SUBWAY Restaurant Locator Results



| Franchise Opportunities | Menu / Nutrition | Careers | About Us | Around the World | Restaurant Locator | SubStore |

| Home | 33000 Restaurants in 91 Countries

**Store Locator**



*At Participating Restaurants Only.

INTERNATIONAL WEB SITES
Select An Area
SUBWAY® Around the World





Get Your SUBWAY® Card Today!



eat fresh.

Learn More Here...



NEW National Geographic Kids Reusable Meal Bags



**HEART WALK.**
The SUBWAY® Brand is a national sponsor of the American Heart Association's Start! Heart Walk. Learn More Here...



World Wide Restaurant Locator

🚗 Drive-thru  🍳 Serves Breakfast

SUBWAY Restaurant Locations in your area:          Click Here to Search Again

| Street Address | Phone | | Store Info |
|---|---|---|---|
| 261 S Columbia St Seaside OR 97138 | 503-738-8833 | 🍳 | ▪ Hours of Operation |

[ Click Here to Search Again ]

# ASK US!
## Send Us Your Comments & Questions

| Home | Franchise Opportunities | Menu / Nutrition | Careers |
| About Us | Around the World | Restaurant Locator | SubStore |

Follow us on twitter | Find us on facebook

# Exhibit B

**SPRINGDALE TOWN**
**P.O. Box 187**
**Springdale, UT 84767**
**(435)772-3434**
**(435)772-3952 fax**

# Fax

| | | | |
|---|---|---|---|
| To: Renee | | From: Fay | |
| Fax: 888-205-0086 | | Pages: 2+ cover | |
| | | Date: 5/5/10 | |
| Re: BL Renewal & checklist | | | |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

05/05/2010 13:18 FAX 435 772 3952        SPRINGDALE                                    ☒002

# TOWN OF SPRINGDALE
PO BOX 187, SPRINGDALE, UT 84767 (435) 772-3434
## BUSINESS LICENSE RENEWAL APPLICATION

It is time to renew your business license with the Town of Springdale. The following is the current information we have on your business. Please review the application and note any changes or additions. Please return the application along with your payment to the Town Office prior to June 30th . Any payments received after June 30th will be subject to a $25.00 per month penalty fee. Payments should be remitted to the address listed above.  If you are no longer doing business in Springdale, please sign this form and return it to the Town Offices so that we can update your records.

Izzy Poco

POB 2121
Orem  UT 84059

Please refer to the enclosed checklist for additional information you may need to provide in order for us to process your renewal. Thank you!

Business Name:  Izzy Poco

Business Address: 180 Zion Park Boulevard

Mailing Address:  POB 2121

City, State, Zip: Orem  UT  84059

Owner Name: Carlos O'Nell

Owner Address: POB 2121

         Orem  UT  84059

Owner Phone:

Acct #:  171

Business Phone:

State Tax ID: 12726139-003-STC

State License #:

Manager Name: Carlos Oneil

Manager Phone:

If you have a beer or liquor license with the Town, please fill out or review the following information for each owner, partner or officer (Attach addional pages if necessary):

Owner Date of Birth:

Owner Social Security Number:  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

Have you ever been convicted of a felony? _____Yes       _____No. If yes, please explain _____

*balance from 09~10   21.67*

## Total Amount Due: 121.67

*10~11      100——*

*121.67*

## Fees Due and Payable June 30, 2010

If you are no longer in Business please check this box [    ] sign and return this form.

I declare under penalty of perjury that to the best of my knowledge this is a true statement  concerning the above business.

Signature: _____      Date: _____





# TOWN OF SPRINGDALE

Business owners, this information is also necessary so we can process your license renewal. Please submit the information indicated below:

- ☑ The Fire Marshal has probably inspected your business by now or will have completed that inspection before the end of June. That inspection will be part of the renewal authorization process.

Professional licensees:
- ☐ Please submit a current copy of your state license.

Restaurants:
- ☐ A copy of your Health Department permit or their pre-opening inspection, if you don't have a permit yet.
- ☐ Copies of food handlers permits for all personnel who handle or prepare food
- ☐ Proof from sewer superintendent that your grease trap is adequate or arrangements have been made to install one if no trap is present

Restaurants with beer/liquor licenses:
- ☐ Beer/Liquor Bond
- ☐ Copies of alcohol handler's training certificates for all personnel who serve alcohol and their badge names/numbers
- ☐ Copy of your current state liquor/beer license

Off-Premise Beer Licensees:
- ☐ Copies of EASY-Law training certificates of all personnel who sell beer
- ☐ List of employees and their badge names/numbers (a copy from your book is ok)
- ☐ Beer bond

Brewpub:
- ☐ Production records for past year
- ☐ Proof of at least 50% food to beer sales ratio, which also shows that at least 50% of beer for sale is self produced

Tour operators:
- ☐ Provide copies of commercial drivers licenses for all personnel who drive passenger vehicles
- ☐ Certificate of vehicle and personal injury insurance coverage

# Exhibit C

Box 187, Springdale UT 84767  435/772-3434 (p)  3952 (f)     **Town of Springdale**



# Fax

| To: | Renee Goodnow | From: | Fay Cope, Town Clerk |
|---|---|---|---|
| Fax: | 888-205-0086 | Pages: | 4 + cover |
| Phone: | | Date: | 6/09/10 |
| Re: | Business license | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Renee, I'm very glad you called about the business license for Izzy Poco.

As we discussed, the application contains completely different information than what seems to be current or pertinent, so a new application is definitely needed. A renewal of that application is therefore not possible and I have included a new application form.

We also discussed that remodeling work has been done to create a 'Subway' restaurant, which is not allowed under our ordinance. A typical 'Subway' restaurant is considered a 'formula restaurant' under our zoning ordinance. I have included language from our ordinance that defines and prohibits 'formula restaurants'.

Before I can issue a license for that building, anything that has been installed for 'Subway', such as décor, menus, 'Subway' specific food preparation equipment or any other thing that represents or is required by 'Subway' must be removed. Otherwise the physical evidence of a 'Subway' in the building will preclude me from issuing a license.

Again, I appreciate your cooperative attitude very much.

06/09/2010 15:01 FAX 435 772 3952        SPRINGDALE                              ☑002

C. Has either an extension owned in fee simple or an irrevocable easement from the lot to a dedicated street, which is at least twenty feet (20') wide at all points. The extension shall be referred to as the staff portion of the flag lot.

FLORIST SHOPS: A business specializing in the raising and/or selling of flowers and ornamental plants.

FOOTPRINT: The square footage of a building or structure on a lot or parcel of land as projected to the ground, exclusive of eaves, exterior decks, landings and stairways. "Footprint" includes garage, carport, covered porches and covered decks, unless otherwise designated within the scope of any chapter of this title.

✳ FORMULA RESTAURANT OR DELICATESSEN: A business which is required by contractual or other arrangement to provide any of the following: substantially identical named menu items, packaging, food preparation methods, employee uniforms, interior decor, signage, exterior design, or name as any other restaurant or delicatessen in any other location.

FRANCHISE: A single unit of a larger business chain.

FRONTAGE: The linear measurement of the front lot line.

GALLERY: A building or hall, or portion thereof, in which artistic work is displayed for exhibition or sale.

GARAGE, PARKING: A building used for the parking of more than five (5) automobiles, whether at no cost or for a charge, for compensation or as an accommodation.

GARAGE, PRIVATE: A detached accessory building or a portion of a principal building designed and/or used only for the shelter or storage of passenger vehicles or trailers owned or operated by the families resident upon the premises and in which no occupation or business for profit is conducted.

10-22-2                                                        10-22-3


10-22-2:        **APPLICABILITY:** The provisions of this chapter shall apply
                to the uses and conditions hereinafter enumerated. Where
this chapter prescribes regulations more restrictive than the zone in which a
use is permitted or conditionally permitted, the provisions of this chapter
shall apply. (Ord. 12-000, 12-28-1992)


10-22-3:        **USES PROHIBITED:** Subject to the provisions of section
                10-21-1 of this title, the following uses are recognized to be
incompatible with the general plan, because of the limited amount of private
land available within the town's boundaries; the large size or scale required
of such uses; excessive noise, odor or light emissions; their excessive use
of limited resources and the undue burden they place on public utilities and
services, or because they are of a character hereby found to be in conflict
with the town's general plan:

Amusement arcades, theme parks or water parks.

Automobile repair (major) and automobile dealerships.

Bowling alleys or skating rinks.

Circuses or carnivals.

Drive-in theaters.

Formula restaurants and formula delicatessens.

Heavy industrial and manufacturing uses.

Junkyards.

Landing strips or airports for aircraft and/or heliports.

Mini-golf courses and driving ranges with floodlights.

Mining, quarries or gravel pits.

Recreational vehicle parks and/or campgrounds.

Shooting clubs or ranges.

Shopping malls.

Storage establishments.

06/09/2010 15:02 FAX 435 772 3952          SPRINGDALE                        ☑004



# TOWN OF SPRINGDALE

118 Lion Blvd   PO Box 187   Springdale UT 84767   435-772-3434   fax 435-772-3952

## APPLICATION FOR BUSINESS LICENSE

| FOR OFFICIAL USE ONLY | File # _____ |
|---|---|
| Brief Description of Business _____ | |
| Application Date: _____ Completed File Date: _____ | Review Date: _____ |
| Notes: _____ | |
| Authorization: _____ | Revised 06/06 |

**APPLICANT FOR:**

| | | | |
|---|---|---|---|
| Beer License, Off Premise ($50) | ☐ | Renew License # : _____ | ☐ |
| Beer License, On Premise ($100) | ☐ | New License | ☐ |
| Beer License, On Premise Draft ($250) | ☐ | Non-Profit | ☐ |
| Beer License, Off/On Premise ($300) | ☐ | Business License, Commercial ($100) | ☐ |
| Restaurant Limited, Wine/Beer ($150) | ☐ | Additional Use, Commercial ($20 ea.) | ☐ |
| Restaurant Liquor ($400) | ☐ | Additional Use, Tubing ($50) | ☐ |
| Brewery/Brewpub ($300) | ☐ | Business License, Home Based ($50) | ☐ |
| Private Club ($400) | ☐ | Additional Use, Home Based ($10) | ☐ |
| Tavern ($400) | ☐ | | |

**APPLICANT INFORMATION:**

Name: _____
(If business is other than sole proprietorship, attach a list including the name, address, and phone number of each owner.)

Type of    ☐ Sole Proprietorship  ☐ Corporation (list officers) ☐ 501(c) 3
Organization  ☐ LLC (list officers)  ☐ Ltd Partnership

Business/
Organization _____

Street
Address: _____

Mailing
Address: _____

Email
Address: _____

Phones
(Business)_____ (Cell)_____ (Fax)_____ (Home)_____

Federal Tax ID # or SS# : _____

*(see other side)*

(1)

State Sales Tax # : _____

Professional License # & Date of Issuance & Expiration: _____
(if applicable, attach copies of same)

Manager Name(s): _____

Phone Number(s): _____

<u>NATURE OF BUSINESS:</u> Please check or complete information for all that apply.
Commercial Business:
_____ Transient Lodging (motel, bed & breakfast, hotel, campground)
_____ Restaurant (full service, coffee shop, deli, etc.)
_____ Retail Shop (gift shop, gallery, souvenir shop, market, etc.)
_____ Service (gas station, rentals, guiding, touring, tube rental, professional services, etc.)
_____ Other (please specify) _____
Home-Based Business:
_____ Contractors (builders, draftsman, etc.)
_____ Creative Endeavors (artists, manufacturer, etc.)
_____ Services (mobile response services, professional services, etc.)
_____ Other (please specify) _____
If your business or building is leased, please list the name, address and phone number of the
property owner.

_____

_____

In what zone is your business located? _____

What is the square footage of the building? _____

What is the square footage of the "business" space? _____

Number of parking spaces required for your business? _____


I hereby certify that the statements contained herein are true and accurate to the best of my
knowledge.

Signature _____     Date _____

**************************************************************************
FOR OFFICIAL USE ONLY

Building Inspector _____

Fire Marshal _____

Water/Sewer Inspector _____

Health Department _____

Criminal Background Check (if required) _____

Planning and Zoning_____

Other _____

(2)