David L. Church (659)
Meb W. Anderson (10227)
**BLAISDELL & CHURCH, P.C.**
5995 South Redwood Road
Salt Lake City, Utah 84123
Tel: (801) 261-3407
Fax: (801) 261-3503
meb@bcjlaw.net

---

### IN THE UNITED STATES DISTRICT COURT,

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IZZY POCO, LLC, | **MOTION FOR WITHDRAWAL OF NON-AFFILIATED COUNSEL** |
| Plaintiff, | |
| v. | Case No. 2:10CV00559CW |
| TOWN OF SPRINGDALE, et al.; | Judge Clark Waddoups |
| Defendants. | |

---

Meb W. Anderson respectfully requests the Court to enter an order allowing him to withdraw from this matter as counsel for Defendants. The purpose for this withdrawal of counsel is that I am no longer affiliated with the law firm Blaisdell & Church, and have taken a job with the State of Utah. David Church of Blaisdell & Church will continue to represent the Defendants in this matter.

Dated this 10th day of June, 2011.

/s Meb W. Anderson
David Church
Meb W. Anderson

BLAISDELL & CHURCH, PC
CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I caused a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF NON-AFFILIATED COUNSEL** to be served via electronic mail upon the following:

Clay Stucki
Jaryl Rencher
STUCKI STEELE & RENCHER, LLC
299 South Main Street, Suite 2200
Salt Lake City, Utah 84111

_____