IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| IZZY POCO, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>TOWN OF SPRINGDALE, et al.,<br><br>            Defendants. | **ORDER**<br><br>Case No. 2:10-cv-00559 CW<br><br>Judge Clark Waddoups |

On October 31, 2011, judgment was entered in error against Plaintiff Izzy Poco, LLC. Although the court granted summary judgment to Defendants Richard Wixom, Pat Cluff, Fay Cope, and Joe Barker, the Town of Springdale remains defendant in this suit. Accordingly, the court VACATES the Entry of Judgment (Dkt. No. 62) and directs the clerk to reopen the case.

SO ORDERED this 1st day of November, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge